**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERIC WENDELL HOLLOMAN,

    Plaintiff,

vs.                                               Case No.   3:13-cv-1138-J-99MMH-PDB

BURGER KING RESTAURANT,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 7; Report), entered by the Honorable Thomas E. Morris, United States Magistrate Judge, on October 21, 2013.  In the Report, Magistrate Judge Morris recommends that Plaintiff's Affidavit of Indigency (Dkt. No. 6; Affidavit of Indigency), which is construed as a motion to proceed in forma pauperis, be denied, and the case be dismissed without prejudice to Plaintiff refiling a properly amended paid complaint.  See Report at 4.  Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Rule 72(b), Federal Rules of Civil Procedure (Rule(s)), advisory committee's note (1983); see also Macort v. Prem, Inc., 208 Fed. Appx. 781, 784-85 (11th Cir. 2006) (per curiam).  Therefore, if no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of

those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district court must review the legal conclusions in the report de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Upon review, the Court declines to adopt the Report at this time. Instead, the undersigned will recommit this matter to the Magistrate Judge for further consideration.

In light of the foregoing, it is

**ORDERED:**

1. The Clerk of the Court is directed to terminate the Magistrate Judge's Report and Recommendation (Dkt. No. 7).

2. Plaintiff's Affidavit of Indigency (Dkt. No. 6), which the Court construes as a motion to proceed in forma pauperis, is **TAKEN UNDER ADVISEMENT** and recommitted to the Magistrate Judge for further consideration.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of November, 2013.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Plaintiff